IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHANNON DOUGLAS ROBINSON,
    Petitioner,

vs.                                          Case No.:  5:16cv65/LAC/EMT

JULIE L. JONES
and FLORIDA COMMISSION
ON OFFENDER REVIEW,
    Respondents.
_____/

## O R D E R

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated December 1, 2016 (ECF No. 19).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of the objections filed.

    Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (ECF No. 1) is **DENIED**.

3. Petitioner's motion for summary judgment (ECF No. 17) is **DENIED**.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 20th day of December, 2016.


*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**